JEWEL TEA CO. INC. *v*. CITY COUNCIL OF AUGUSTA.

GRICE, Justice. The Court of Appeals, and not the Supreme Court, has jurisdiction of this case, wherein the only exception complains of the judgment of the superior court overruling a certiorari sued out to set aside a conviction in the recorder's court of the City of Augusta; the specific assignment of error being to the effect that the city ordinance upon which the conviction rested was unconstitutional. *Hicks* v. *Dublin*, 183 *Ga.* 390 (188 S. E. 339), and cit. Accordingly, the bill of exceptions and transcript of the record will be

*Transferred to the Court of Appeals. All the Justices concur.*

No. 12350. MAY 11, 1938.

*Bussey & Fulcher,* for plaintiff in error.
*C. Wesley Killebrew,* contra.